**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

**RONALD AND MARIA LINKER,**

Plaintiff,

v.

**ST. JUDE MEDICAL, INC.**,

Defendant.

Civil No. 01-1528 JRT
01-MD-1396 JRT/FLN

**ORDER OF DISMISSAL**

---

Fletcher M. Johnson, Jr., **FLETCHER M. JOHNSON, LLC**, Post Office Box 2479, Bluffton, South Carolina 29910, for plaintiff.

David E. Dukes, **NELSON, MULLINS RILEY & SCARBOROUGH,** 151 Meeting Street, Suite 600, Post Office Box 1806, Charleston, South Carolina 29402, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for sixty days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: March 31, 2005
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge